



March 20, 2012

FILED

MAY 15 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

FROM:    HON. JACOB P. HART
TO:    ALL COUNSEL

RE:    LECG CORPORATION V. ABDALA, et al.
    11-cv-3247

It is my understanding that the parties have indicated to my Chambers that April 25, 2012 is shaping up to be the settlement conference date in this matter. I will appreciate it if you will advise my Courtroom Deputy, Deborah Stevenson, of the confirmation of that date as soon as possible.

Pursuant to requests from two defense counsel in this matter that their clients be allowed to be available by telephone as opposed to appearing in person at the settlement conference, I will allow all defendants to be available by telephone for this settlement conference. However, if the matter does not settle completely at that conference, I will order separate settlement conferences for defendants who have not settled, and their personal appearance at that conference will be required.

If you have any questions, please feel free to call my Chambers, 215-597-2733, and speak to my Deputy.